# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

STEPHEN SANDIN and
DIANE SANDIN,

    Plaintiffs,

v.                                         Case No. 8:08-cv-1720-T-30EAJ

NATIONAL FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Entry of a Default Judgment against Defendant (Dkt. 20). A review of the file indicates that on June 18, 2009, a Clerk's default was entered against Defendant National Financial Systems, Inc. (Dkt. 19). It is therefore

ORDERED AND ADJUDGED that:

1. Plaintiffs' Motion for Entry of Default Judgment against Defendant (Dkt. 20) is GRANTED in part and DENIED in part.

2. The Clerk is directed to enter Final Judgment in favor of Plaintiffs and against Defendant, National Financial Systems, Inc., in the sum of **$2,900.00**.[1] Post-judgment interest shall accrue at the statutory rate.

---

[1] This amount represents statutory damages in the amount of $1,000.00, reasonable attorneys' fees (which this Court determines to be five (5) hours at a rate of $300.00 per hour) in the amount of $1,500.00, and costs in the amount of $400.00.

3. The Clerk is directed to terminate any pending motions and CLOSE this file.

**DONE** and **ORDERED** in Tampa, Florida on July 9, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-1720.defjudg.frm